# SPECIAL CONDITIONS OF RELEASE

Re: Moore, Hunter
No.: 2:14-mj-00012 EFB
Date: January 24, 2014

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to Central District and Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

10. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

12. You shall not associate or have any contact with your co-defendant or any potential witnesses in this case, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

13. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

14. You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer. Your parents are allowed to have internet access to the home, however, the connection shall be password protected and you shall not have access to it at any time;

15. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer. Your parents are allowed to keep their smartphones and personal computers locked and password protected in the locked in-law unit or with them at all times;

16. You shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations;

17. You shall not possess a cell phone which has internet capabilities;

18. You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office;

19. You shall not have anyone or a third party conduct online business or activity on your behalf; and,

20. On or before Monday January 27, 2014, in the presence of your defense counsel and agents designated by the government, you shall assist agents to shut down any and all of your personal and professional Twitter accounts, Tumblr accounts, email accounts, Instagram accounts, Facebook accounts, Hunter Moore T.V. accounts, websites, and any other social media or internet accounts you may have.  This may be effectuated by allowing agents to substitute their own password and contact information in the place of your own, or through other means as determined by the agents.  You shall identify all such accounts for the agents.