FILED
January 24, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )    Case No. 2:14-mj-00012-EFB
           Plaintiff,     )
                          )
v.                        )
                          )    ORDER FOR RELEASE OF
HUNTER MOORE,             )    PERSON IN CUSTODY
                          )
           Defendant.     )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, HUNTER MOORE, Case No. 2:14-mj-00012-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $100,000.00

　　_X_ Co-Signed Unsecured Appearance Bond

　　___ Secured Appearance Bond

　　_X_ (Other) Conditions as stated on the record.

　　_X_ (Other) The defendant is ordered to appear in the Central District of California on 2/7/2014 at 2:00 p.m.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  1/24/2014  at 3:20pm.

By _____
Edmund F. Brennan
United States Magistrate Judge